MOHAMMAD SAIDIN, Appellant, v SAM NEGRON et al., Respondents.

Submitted September 26, 2016; decided November 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

CAROLINE SWOBODA et al., Respondents, v ADRIAN PHILIP FONTANETTA et al., Respondents, and DAY-OP CENTER OF LONG ISLAND, INC., Appellant.

Submitted September 12, 2016; decided November 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of INJAH UNIQUE TAFARI, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted September 19, 2016; decided November 22, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.